# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SEBASTIAN AGOSTINO, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> v.<br><br>BROADSOFT, INC., JOHN D. MARKLEY JR., MICHAEL TESSLER, DAVID BERNARDI, JANE DIETZE, JOHN J. GAVIN JR., ANDREW M. GEISSE, PAUL MAGELLI, DOUGLAS L. MAINE, and EVA SAGE-GAVIN,<br><br>     Defendants. | Civil Action No. 8:17-cv-3415 |

**PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND EXPENSES**

Plaintiff Sebastian Agostino ("Plaintiff"), through undersigned counsel, respectfully moves for an order awarding Plaintiff's counsel reasonable attorney's fees and expenses.

The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for an Award of Attorney's Fees and Expenses, the Declaration of Donald J. Enright in Support of Plaintiff's Motion for an Award Attorney's Fees and Expenses, and exhibits thereto, each of which is incorporated herein by reference.

Dated: February 5, 2018

Respectfully submitted,

**LEVI & KORSINSKY LLP**

By: */s/ Donald J. Enright*
  Donald J. Enright (Bar No. 13551)
  1101 30th Street, N.W., Suite 115
  Washington, DC 20007
  T: (202) 524-4290
  F: (202) 333-2121
  Email: denright@zlk.com

**OF COUNSEL**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405

1

New York, NY 10118
Tel: (212) 971-1341                              *Attorneys for Plaintiff*
Fax: (212) 202-7880
Email:jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on February 5, 2018, I authorized the electronic filing of the foregoing document with the Clerk of the Court via the CM/ECF system. The CM/ECF system will provide service via a Notice of Electronic Filing to the parties registered in this case. Also on February 5, 2018, the foregoing document was served on Defendants via electronic mail to their counsel:

Koji Fukumura
Peter Adams
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
kfukumura@cooley.com
padams@cooley.com

I declare under penalty of perjury under the laws of the United States and the State of Maryland that the foregoing is true and correct.

Executed this 5th day of February, 2018.


By: */s/ Donald J. Enright*