### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SEBASTIAN AGOSTINO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>BROADSOFT, INC., JOHN D. MARKLEY JR., MICHAEL TESSLER, DAVID BERNARDI, JANE DIETZE, JOHN J. GAVIN JR., ANDREW M. GEISSE, PAUL MAGELLI, DOUGLAS L. MAINE, and EVA SAGE-GAVIN,<br><br>    Defendants. | Civil Action No. 8:17-cv-3415 |

### NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice as to Plaintiff only and without prejudice as to the putative class in the above-titled action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: April 18, 2018                           Respectfully submitted,

**OF COUNSEL**                                  **LEVI & KORSINSKY LLP**

**MONTEVERDE & ASSOCIATES PC**                  By: */s/ Donald J. Enright*
Juan E. Monteverde                              Donald J. Enright (Bar No. 13551)
The Empire State Building                       1101 30th Street, N.W., Suite 115
350 Fifth Avenue, Suite 4405                    Washington, DC 20007
New York, NY 10118                              T: (202) 524-4290
Tel: (212) 971-1341                             F: (202) 333-2121
Fax: (212) 202-7880                             Email: denright@zlk.com
Email:jmonteverde@monteverdelaw.com
                                                *Attorneys for Plaintiff*
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on April 18, 2018, I authorized the electronic filing of the foregoing document with the Clerk of the Court via the CM/ECF system.  The CM/ECF system will provide service via a Notice of Electronic Filing to the parties registered in this case.

I declare under penalty of perjury under the laws of the United States and the State of Maryland that the foregoing is true and correct.

Executed this 18th day of April, 2018.

By: */s/ Donald J. Enright*