UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

SEBASTIAN AGOSTINO,
*Individually and on Behalf of All Others Similarly Situated,*

    Plaintiff,

    v.

BROADSOFT, INC.,
MICHAEL TESSLER,
DAVID BERNARDI,
JANE DIETZE,
ANDREW M. GEISSE,
PAUL MAGELLI,
DOUGLAS L. MAINE
EVA SAGE-GAVIN,
JOHN J. GAVIN, JR., and
JOHN D. MARKLEY, JR.,

    Defendants.

Civil Action No. TDC-17-3415

**ORDER**

On April 18, 2018, Plaintiff Sebastian Agostino filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). ECF No. 12. The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed with prejudice as to Agostino and without prejudice as to the putative class on whose behalf this action was filed.

The Clerk is directed to close this case.

Date: April 18, 2018

THEODORE D. CHUANG
United States District Judge